LAW OFFICES OF
## Joseph Shemaria & Associates

JOSEPH SHEMARIA
EMAIL: Joe@FederalCrimesLawyers.com

9171 WILSHIRE BLVD., SUITE 500
BEVERLY HILLS, CALIFORNIA 90210
TEL. (310) 278-2660
(800) 898-9555
FAX: (310) 988-2627

June 29, 2018

**By: ECF**

The Honorable Roslynn R. Mauskopf
Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Xiubin Yu
Criminal No.: 17-cr-00118-RRM-1

Dear Judge Mauskopf:

I would like to inform the Court that a resolution has been reached pertaining to the discovery motion. AUSA Elizabeth Macchiaverna and I are in agreement that the "CW's 3500" materials will be produced 10 days prior to trial.

Thank you.

Respectfully Submitted,

/s/ Joseph Shemaria

Joseph Shemaria